ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 24-00051 BLF |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL ORDER |
| v. | ) |
| PEDRO FLORES, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in the above case against PEDRO FLORES without prejudice.

DATED: April 17, 2024                                Respectfully submitted,

                                                       ISMAIL J. RAMSEY
                                                       United States Attorney

                                                       _/s/_
                                                       MARTHA BOERSCH
                                                       Chief, Criminal Division

**ORDER GRANTING LEAVE TO DISMISS INDICTMENT**

Leave is granted to the government to dismiss the indictment against PEDRO FLORES in the above-captioned case.

Date: April _22_, 2024.

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE